UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

------------------------------------------------------------

*Albery*
-v-
*The People of the State of NY*

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # **08-cv-3633**

JUDGE: **KMW**

DATE: **May 12, 2008**

## INDEX TO THE RECORD ON APPEAL

MAY 12 2008

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                          DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                           (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the 12th Day of May, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Albery

-v-

The People of the State of NY

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08cv-3633

JUDGE: KMW

DATE: May 12, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed            Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 12th Day of May, In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, MEMBER

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03633-KMW
### Internal Use Only

Albery v. The People of The State of New York et al  
Assigned to: Judge Kimba M. Wood  
Lead case: 1:08-cv-03630-KMW  
Member case: (View Member Case)  
Cause: 42:1983 Civil Rights Act  

Date Filed: 04/16/2008  
Date Terminated: 04/16/2008  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by John Albery.(mbe) (Entered: 04/23/2008) |
| 04/16/2008 | 2 | COMPLAINT against The People of The State of New York, Anthony Michel, Chignard Noelizaire. Document filed by John Albery.(mbe) (Entered: 04/23/2008) |
| 04/16/2008 | | Magistrate Judge Debra C. Freeman is so designated. (mbe) (Entered: 04/23/2008) |
| 04/16/2008 | 3 | ORDER OF DISMISSAL, I grant plaintiff's request to proceed in forma pauperis, consolidate the two actions solely for the purpose of this order, but dismiss the complaints for the following reasons. Accordingly, the two complaints, filed in forma pauperis under 28 U.S.C. 1915(a)(1) are dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(ii). Since I hold that the portions of the complaints which are treated as a petition for habeas corpus relief makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 4/16/2008) (mbe) (Entered: 04/23/2008) |
| 04/16/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/16/2008) (mbe) (Entered: 04/23/2008) |
| 04/16/2008 | | CONSOLIDATED MEMBER CASE: Create association to 1:08-cv-03630-KMW. (laq) (Entered: 04/24/2008) |
| 04/30/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by John Albery. (tp) (Entered: 05/12/2008) |
| 04/30/2008 | | Appeal Remark as to 5 Notice of Appeal filed by John Albery. $455.00 APPEAL FEE DUE. IFP REVOKED 4/16/08. (tp) (Entered: 05/12/2008) |
| 05/12/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 05/12/2008) |
| 05/12/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 05/12/2008) |